

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-13-00479-CV

**CITY OF HEWITT**, Texas and Police Chief James Barton,
Appellants

v.

Danny **POWELL**,
Appellee

From the 414th Judicial District Court, McLennan County, Texas
Trial Court No. 2011-4376-5
Honorable Vicki Lynn Menard, Judge Presiding

PER CURIAM

Sitting:      Marialyn Barnard, Justice
               Rebeca C. Martinez, Justice
               Patricia O. Alvarez, Justice

Delivered and Filed:  March 19, 2014

REVERSED AND REMANDED

The parties have filed a joint motion to dismiss the appeal stating they have reached a settlement, and requesting that we set aside the trial court's judgment without regard to the merits and remand the cause to the trial court for rendition of a judgment in accordance with the parties' settlement agreement. The parties further request expedited issuance of the mandate for good cause. *See* TEX. R. APP. P. 18.1(c). The motion is granted. The judgment of the trial court signed on April 4, 2013 is reversed, and the cause is remanded to the trial court for further proceedings. *See* TEX. R. APP. P. 42.1(a)(2)(B), 43.2(d). Having found good cause, the clerk of the court is

instructed to issue the mandate immediately. TEX. R. APP. P. 18.1(c). Costs of appeal are taxed against the parties who incurred them.

PER CURIAM